United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 11, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-30277

_____

ALVIN HARVEY,

                               Plaintiff-Appellant,

                    versus

RICHARD L. STALDER; J. GOODWIN;
M. RHODES; MORMAN, Sergeant; WARD,
Sergeant; FERGUSON, Sergeant,

                         Defendants-Appellees.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 03-CV-1833
_____

Before REAVLEY, JOLLY and PRADO, Circuit Judges.

PER CURIAM:[*]

    The judgment of the district court is affirmed because the precedent of this circuit requires more than verbal abuse to raise a cause of action under 42 U.S.C. § 1983. Gomez v. Chandler, 163 F.3d 921 (5th Cir. 1999).

    AFFIRMED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.